**SUPREME COURT OF PENNSYLVANIA**
**COMMITTEE ON RULES OF EVIDENCE**

**FINAL REPORT[1]**

**Amendment of Pa.R.E. 901**

On May 20, 2020, upon recommendation of the Committee on Rules of Evidence, the Court ordered the amendment of Pennsylvania Rule of Evidence 901 to add a new paragraph (b)(11) to provide an example of evidence for the authentication of digital evidence. The recommendation was not intended to alter the quantum of evidence for authentication; rather, it was intended to illustrate the nature of evidence sufficient for a finding of attribution. For further background on the recommendation, see the Committee's Publication Report at 49 Pa.B. 3876 (July 27, 2019).

This amendment becomes effective October 1, 2020.

---

[1] The Committee's Final Report should not be confused with the official Committee Comments to the rules. Also note that the Supreme Court does not adopt the Committee's Comments or the contents of the Committee's explanatory Final Reports.